**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X  06 CV 4013 (NG) (JO)
**KINGVISION PAY-PER-VIEW LTD. as
Broadcast Licensee of the MAY 14, 2005
WRIGHT/TRINIDAD Program,**

                              **Plaintiff,**

          **- against -**                                         **ORDER**

**DULCE M. CONTRERAS, Individually and as
officer, director, shareholder and/or principal of
HIGHLAND PARK DELI MEAT MARKET
CORP. d/b/a FULTON SUPERETTE GROCERY
a/k/a HIGHLAND PARK DELI & MEAT
MARKET, and HIGHLAND PARK DELI &
MEAT MARKET CORP. d/b/a FULTON
SUPERETTE GROCERY a/k/a HIGHLAND
PARK DELI & MEAT MARKET,**

                             **Defendants.**
-------------------------------------------------------------------X

**GERSHON, United States District Judge:**

       In this action to recover damages pursuant to 47 U.S.C. §§ 553 and 605, based on defendant's alleged unauthorized reception and publication of a boxing match for which plaintiff owned the distribution rights, plaintiff, on January 3, 2007, filed a motion for default judgment. Pursuant to Federal Rule of Civil Procedure 55(a), the Clerk of Court entered a notation of defendant's default on January 3, 2007. **The Court hereby grants judgment by default to plaintiff pursuant to Rule 55(b)(2).** The matter is referred to the Honorable James Orenstein, United States Magistrate Judge, for a report and recommendation concerning the relief requested by plaintiff.

SO ORDERED.

　　　　　　　　/s/
**NINA GERSHON**
**United States District Judge**

Dated: Brooklyn, New York
　　　　January 10, 2007